| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>SARAH E. MORRISON<br>ERIC KATZ<br>Supervising Deputy Attorneys General<br>CATHERINE M. WIEMAN, SBN 222384<br>TATIANA K. GAUR, SBN 246227<br>ADAM L. LEVITAN, SBN 280226<br>BRYANT B. CANNON, SBN 284496<br>LANI M. MAHER, SBN 318637<br>Deputy Attorneys General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA 90013<br>  Telephone: (213) 269-6329<br>  Fax: (916) 731-2128<br>  E-mail: Tatiana.Gaur@doj.ca.gov<br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra and the State Water Resources Control Board* | ROBERT W. FERGUSON<br>Attorney General of California<br>KELLY T. WOOD (*admitted Pro Hac Vice*)<br>CINDY CHANG (*admitted Pro Hac Vice*)<br>Assistant Attorney Generals<br>Washington Office of the Attorney General<br>Environmental Protection Division<br>  800 5th Ave Ste. 2000 TB-14<br>  Seattle, Washington 98104<br>  Telephone: (206) 326-5493<br>  E-mail: Kelly.Wood@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |

LETITIA JAMES
Attorney General of New York
BRIAN LUSIGNAN (*admitted Pro Hac Vice*)
Assistant Attorney General
Office of the Attorney General
Environmental Protection Bureau
  28 Liberty Street
  New York, NY 10005
  Telephone: (716) 853-8465
  Fax: (716) 853-8579
  E-mail: brian.lusignan@ag.ny.gov
*Attorneys for Plaintiff State of New York*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA AND THE STATE WATER RESOURCES CONTROL BOARD, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ANDREW R. WHEELER, AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,**<br><br>Defendants. | Case No. 4:20-cv-04869-KAW<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed: July 21, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Lisa J. Morelli, who is a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel for Plaintiff the State of New Jersey, in the above-captioned matter. Counsel's telephone number and e-mail address are as follows:

> Lisa J. Morelli
> Deputy Attorney General
> State of New Jersey
> Division of Law
> Hughes Justice Complex
> 25 Market Street, 7th Floor
> P.O. Box 093
> Trenton, NJ 08625-093
> 609-376-2745
> Lisa.Morelli@law.njoag.gov

Please serve said counsel with copies of all pleadings and notices in this matter.

Dated:  August 13, 2020                         Respectfully Submitted,

                                                FOR THE STATE OF NEW JERSEY

                                                GURBIR S. GREWAL
                                                Attorney General

                                                */s/ Lisa J. Morelli*
                                                LISA J. MORELLI
                                                Deputy Attorney General
                                                New Jersey Division of Law
                                                25 Market Street
                                                Trenton, New Jersey 08625
                                                Tel: (609) 376-2745
                                                Email: Lisa.Morelli@law.njoag.gov


                                                LISA J. MORELLI
                                                Deputy Attorney General
                                                *Attorneys for Plaintiff State of New Jersey*