UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW R. WHEELER, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-04869-KAW<br><br>**ORDER RE MOTION TO RELATE**<br><br>Re: No. 20-cv-04636-WHA, Dkt. No. 22 |

　　　The parties shall take notice that a motion to relate this case has been filed in *American Rivers v. Andrew R. Wheeler*, No. 20-cv-04636-WHA, Dkt. No. 22. By September 1, 2020, the parties shall file statements, either jointly or individually, addressing whether this case should be related and reassigned to Judge Alsup pursuant to Civil Local Rule 3-12. The undersigned appreciates the assistance of counsel in Case No. 20-cv-04636-WHA in filing any statements on the lower-numbered case's docket.

　　　IT IS SO ORDERED.

Dated: August 18, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge