**JEFF LANDRY**
**ATTORNEY GENERAL OF LOUISIANA**
ELIZABETH B. MURRILL (*pro hac vice forthcoming*)
  *Solicitor General*
JOSEPH S. ST. JOHN (*pro hac vice forthcoming*)
  *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through ATTORNEY GENERAL XAVIER BECERRA and the STATE WATER RESOURCES CONTROL BOARD, STATE OF WASHINGTON, STATE OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGCAN, STATE OF MINNESTOA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, and the DISTRICT OF COLUMBIA,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | No.  4:20-cv-4869-KAW<br><br>**ST. JOHN DECLARATION ISO MOTION TO INTERVENE BY THE STATES OF LOUISIANA, MONTANA, ARKANSAS, MISSISSIPPI, MISSOURI, TEXAS, WEST VIRGINIA, AND WYOMING**<br><br>Hr'g Date: Oct. 15, 2020<br>Hr'g Time: 1:30 p.m.<br>Judge: Hon. Kandis Westmore<br>Action Filed: July 21, 2020<br>Dep't: Oakland Courthouse |

# DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN

1. I am an attorney employed by the Louisiana Department of Justice. I represent the State of Louisiana in connection with the above-captioned matter. I make this declaration in support of State Intervenors' Motion to Intervene.

2. Attached hereto as Exhibit 1 is a true and accurate copy of correspondence from Attorney General Jeff Landry et al as obtained from the files of the Louisiana Department of Justice.

3. Attached hereto as Exhibit 2 is a true and accurate copy of correspondence from Attorney General Jeff Landry et al as obtained from the files of the Louisiana Department of Justice.

4. Attached hereto as Exhibit 3 is a true and accurate copy of correspondence from Attorney General Jeff Landry et al as obtained from the files of the Louisiana Department of Justice.

5. Attached hereto as Exhibit 4 is a true and accurate copy of correspondence from Governor Gordon obtained from regulations.gov.

6. Exhibits 5 and 6 are intentionally omitted.

7. Attached hereto as Exhibit 7 is what appears to be a widely-reported memorandum; it was obtained from a law firm's website.[1]

8. Attached hereto as Exhibit 8 is a true and accurate copy of correspondence from Lighthouse Resources as obtained from regulations.gov.

9. Attached hereto as Exhibit 9 is a true and accurate copy of correspondence from Senator Barasso *et al* as obtained from regulations.gov.

10. Attached hereto as Exhibit 10 is a true and accurate copy of correspondence from Exelon as obtained from regulations.gov.

11. Further declarant sayeth naught.

---

[1] https://www.earthandwatergroup.com/wp-content/uploads/2017/10/signed_consent_decree_and_settlement_agreement_directiveoct162017.pdf

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New Orleans, Louisiana on this 28th day of August, 2020.

/s/ Joseph Scott St. John
_____
Joseph Scott St. John