UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVERS, et al., | |
| Plaintiffs, | No. C 20-04636 WHA |
| v. | |
| ANDREW R. WHEELER, et al., | **ORDER RELATING CASE** |
| Defendants. | |

On plaintiffs' motion, and given the relevant parties' statement of non-opposition, case no. C 20-04869 KAW, *California v. Wheeler*, is **RELATED** to the above captioned case. The undersigned understands that Arkansas, Louisiana, Mississippi, Missouri, Montana, Texas, West Virginia, and Wyoming have moved to intervene in both cases. These states need not re-notice their motion upon reassignment of case no. C 20-04869. To streamline events, both of the states' motions shall be heard on **OCTOBER 8 AT 8:00 A.M.** The briefing schedules, already aligned, remain unchanged.

**IT IS SO ORDERED.**

Dated: September 2, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE