**TROUTMAN PEPPER HAMILTON SANDERS LLP**

| | |
|---|---|
| Elizabeth Holt Andrews (SBN 263206) | Charles Sensiba (*pro hac vice* pending) |
| elizabeth.andrews@troutman.com | charles.sensiba@troutman.com |
| Three Embarcadero Center, Suite 800 | 401 9th Street N.W., Suite 1000 |
| San Francisco, California 94111-4057 | Washington, D.C. 20004 |
| Telephone:   415.477.5700 | Telephone:   202.274.2850 |
| Facsimile:   415.477.5710 | Facsimile:   202.274.2994 |
| | |
| Misha Tseytlin (*pro hac vice* pending) | Andrea W. Wortzel (*pro hac vice* pending) |
| misha.tseytlin@troutman.com | andrea.wortzel@troutman.com |
| Sean T.H. Dutton (*pro hac vice* pending) | 1001 Haxall Point, 15th Floor |
| sean.dutton@troutman.com | Richmond, VA 23219 |
| 227 W. Monroe Street, Suite 3900 | Telephone:   804.697.1406 |
| Chicago, IL 60606-5085 | Facsimile:   804.697.1339 |
| Telephone:   312.759.1920 | |
| Facsimile:   312.759.1939 | |

*Attorneys for Proposed Intervenor
National Hydropower Association*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA AND THE STATE WATER RESOURCES CONTROL BOARD, STATE OF WASHINGTON, STATE OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, AND THE DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW R. WHEELER, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Case No. 3:20-CV-04869-WHA<br>(Related Case No. 3:20-CV-04636-WHA)<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR NATIONAL HYDROPOWER ASSOCIATION'S MOTION TO INTERVENE**<br><br>Date:          October 15, 2020<br>Time:          8:00 AM<br>Judge:         Hon. William H. Alsup<br>Action Filed:  July 21, 2020<br>Courtroom:     Zoom |

1  For the reasons stated in the motion and good cause appearing, IT IS HEREBY
2  ORDERED that the motion to intervene filed by the National Hydropower Association ("NHA")
3  is hereby GRANTED.
4  IT IS FURTHER ORDERED that NHA is directed to file the proposed answer submitted
5  with its motion to intervene.

7  DATED: _____
8  The Honorable William H. Alsup
   UNITED STATES DISTRICT JUDGE