| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>SARAH E. MORRISON<br>ERIC KATZ<br>Supervising Deputy Attorneys General<br>CATHERINE M. WIEMAN, SBN 222384<br>TATIANA K. GAUR, SBN 246227<br>ADAM L. LEVITAN, SBN 280226<br>BRYANT B. CANNON, SBN 284496<br>LANI M. MAHER, SBN 318637<br>Deputy Attorneys General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA 90013<br>  Telephone:  (213) 269-6329<br>  Fax:  (916) 731-2128<br>  E-mail:  Tatiana.Gaur@doj.ca.gov<br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra and the State Water Resources Control Board*<br><br>*[Additional Plaintiffs and Counsel Listed on Signature Pages]* | ROBERT W. FERGUSON<br>Attorney General of Washington<br>KELLY T. WOOD (*admitted pro hac vice*)<br>CINDY CHANG (*admitted pro hac vice*)<br>Assistant Attorney Generals<br>Washington Office of the Attorney General<br>Environmental Protection Division<br>  800 5th Ave Ste. 2000 TB-14<br>  Seattle, Washington  98104<br>  Telephone:  (206) 326-5493<br>  E-mail:  Kelly.Wood@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>                           Plaintiffs,<br><br>              v.<br><br>**ANDREW R. WHEELER, et al.,**<br><br>                           Defendants. | **Case No. 3:20-cv-04869-WHA**<br><br>Related to Case No. 3:20-cv-04636-WHA<br><br>**PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS' MOTIONS TO INTERVENE (Dkt. Nos. 75 and 84)** |

On September 4, 2020, the National Hydropower Association (Dkt. No. 75) and the American Petroleum Institute and the Interstate Natural Gas Association of America (Dkt. No. 84) (collectively Industry Intervenors) separately moved to intervene in the above-captioned matters on behalf of Defendants, Andrew R. Wheeler and the United States Environmental Protection Agency. Pursuant to Local Civil Rule 7-3(b), Plaintiffs, the States of Washington, California, New York, Colorado, Connecticut, Illinois, Maine, Maryland, Michigan, Minnesota,

1

PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS'
MOTIONS TO INTERVENE (Case No. 3:20-cv-04869-WHA)

Nevada, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Wisconsin, the Commonwealths of Massachusetts and Virginia, the District of Columbia, and the California Water Resources Control Board (Plaintiff States), hereby submit this Statement of Nonopposition to Intervenor States' motions to intervene.

Plaintiff States' nonopposition to Industry Intervenors' motions should not be construed as agreement with any legal or factual assertions in the motions, which relate to the underlying merits of the above-captioned actions. Plaintiff States strongly dispute Industry Intervenors' characterizations of the bases for several section 401 certification decisions discussed in the motion, as well as Intervenor States' contentions that Plaintiff States have acted beyond the authority reserved to them by Congress in the Clean Water Act.

Dated: September 18, 2020

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
ERIC KATZ
Supervising Deputy Attorneys General
CATHERINE M. WIEMAN
ADAM L. LEVITAN
BRYANT B. CANNON
LANI M. MAHER
Deputy Attorneys General

/s/ TATIANA K. GAUR
Tatiana K. Gaur, Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra and the State Water Resources Control Board*

Respectfully submitted,

ROBERT W. FERGUSON
Attorney General of Washington

/s/ Kelly T. Wood
KELLY T. WOOD (*admitted pro hac vice*)
CINDY CHANG (*admitted pro hac vice*)
Assistant Attorneys General
Washington Office of the Attorney General
Environmental Protection Division
800 5th Avenue, Suite 2000, TB-14
Seattle, WA 98104-3188
Telephone: (206) 326-5493
E-mail: Kelly.Wood@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

2

PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS'
MOTIONS TO INTERVENE (Case No. 3:20-cv-04869-WHA)

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of the State of New York | For the STATE OF COLORADO |
| 2 | | PHILIP J. WEISER<br>Attorney General of Colorado |
| 3 | /s/ Brian Lusignan<br>BRIAN LUSIGNAN (*admitted pro hac vice*)<br>Assistant Attorney General | |
| 4 | Office of the Attorney General<br>Environmental Protection Bureau | /s/ Carrie Noteboom<br>CARRIE NOTEBOOM (*admitted pro hac vice*) |
| 5 | 28 Liberty Street<br>New York, NY 10005 | ANNETTE QUILL (*admitted pro hac vice*)<br>Ralph L. Carr Colorado Judicial Center |
| 6 | (716) 853-8465<br>Fax: (716) 853-8579 | 1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 7 | E-mail: brian.lusignan@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | Telephone: (720) 508-6000<br>E-mail: Carrie.noteboom@coag.gov |
| 8 | | E-mail: Annette.quill@coag.gov |
| 9 | | |
| 10 | For the STATE OF CONNECTICUT | For the STATE OF ILLINOIS |
| 11 | WILLIAM TONG<br>Attorney General of Connecticut | KWAME RAOUL<br>Attorney General of Illinois |
| 12 | | |
| 13 | /s/ Jill Lacedonia | |
| 14 | JILL LACEDONIA, (*admitted pro hac vice*)<br>Assistant Attorney General | /s/ Jason E. James<br>MATTHEW J. DUNN |
| 15 | Connecticut Office of the Attorney General<br>165 Capitol Ave. | Chief, Environmental Enforcement/Asbestos<br>Litigation Division |
| 16 | Hartford, CT 06106<br>Telephone: (860) 808 5250 | JASON E. JAMES (*admitted pro hac vice*)<br>Assistant Attorney General |
| 17 | E-mail: Jill.lacedonia@ct.gov | 69 W. Washington Street, 18th Floor<br>Chicago, IL 60602 |
| 18 | | Telephone: (312) 814-0660<br>E-mail: jjames@atg.state.il.us |
| 19 | | |
| 20 | For the STATE OF MAINE | For the STATE OF MARYLAND |
| 21 | AARON M. FREY<br>Attorney General of Maine | BRIAN E. FROSH<br>Attorney General of Maryland |
| 22 | | |
| 23 | | /s/ John B. Howard, Jr. |
| 24 | /s/ Jillian R. O'Brien<br>JILLIAN R. O'BRIEN, CA SBN 251311 | JOHN B. HOWARD, JR. *<br>Special Assistant Attorney General |
| 25 | Assistant Attorney General<br>6 State House Station | Office of the Attorney General<br>300 Saint Paul Place, 20th Floor |
| 26 | Augusta, ME 04333<br>Telephone: (207) 626-8800 | Baltimore, MD 21202<br>Telephone: (401) 576-6970 |
| 27 | E-mail: Jill.obrien@maine.gov | E-mail: jbhoward@oag.state.md.us |
| 28 | | |

3

PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS'
MOTIONS TO INTERVENE (Case No. 3:20-cv-04869-WHA)

| | |
|---|---|
| For the COMMONWEALTH OF MASSACHUSETTS | For the STATE OF MICHIGAN |
| MAURA HEALEY<br>Attorney General of Massachusetts | DANA NESSEL<br>Attorney General of Michigan |
| */s/* Matthew Ireland<br>MATTHEW IRELAND (*admitted pro hac vice*)<br>TURNER SMITH (*admitted pro hac vice*)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Environmental Protection Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200<br>E-mail: Matthew.ireland@mass.gov<br>E-mail: Turner.smith@mass.gov | */s/* Gillian E. Wener<br>GILLIAN E. WENER*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Environment, Natural Resources and<br>Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>Telephone: (517) 335-7664<br>E-mail: wenerg@michigan.gov |
| For the STATE OF MINNESOTA | For the STATE OF NEVADA |
| KEITH ELLISON<br>Attorney General of Minnesota | AARON D. FORD<br>Attorney General of Nevada |
| */s/* Peter N. Surdo<br>PETER N. SURDO (*admitted pro hac vice*)<br>Special Assistant Attorney General<br>Minnesota Attorney General<br>445 Minnesota St.<br>Town Square Tower Suite 1400<br>St. Paul, MN 55101<br>Telephone: (651) 757-1061<br>E-mail: Peter.surdo@ag.state.mn.us | */s/* Heidi Parry Stern<br>HEIDI PARRY STERN (*admitted pro hac vice*)<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>E-mail: hstern@ag.nv.gov |
| For the STATE OF NEW JERSEY | For the STATE OF NEW MEXICO |
| GURBIR S. GREWAL<br>Attorney General of New Jersey | HECTOR BALDERAS<br>Attorney General of New Mexico |
| */s/* Lisa Morelli<br>LISA MORELLI, Cal. SBN 137092<br>Deputy Attorney General<br>Environmental Permitting and Counseling<br>R.J. Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ 08625<br>Telephone: (609) 376-2804<br>E-mail: Lisa.Morrelli@law.njoag.gov | */s/* William G. Grantham<br>WILLIAM G. GRANTHAM*<br>Assistant Attorney General<br>Consumer & Environmental Protection Division<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>Telephone: (505) 717-3520<br>E-mail: wgrantham@nmag.gov |

| | |
|---|---|
| For the STATE OF NORTH CAROLINA | For the STATE OF OREGON |
| JOSHUA H. STEIN<br>Attorney General of North Carolina | ELLEN F. ROSENBLUM<br>Attorney General of Oregon |
| /s/ Taylor H. Crabtree_____<br>DANIEL S. HIRSCHMAN<br>Senior Deputy Attorney General<br>TAYLOR H. CRABTREE (*admitted pro hac vice*)<br>Assistant Attorney General<br>ASHER P. SPILLER<br>Assistant Attorney General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Telephone: (919) 716-6400<br>E-mail: tcrabtree@ncdoj.gov<br>E-mail: aspiller@ncdoj.gov | */s/* Paul Garrahan_____<br>PAUL GARRAHAN (*admitted pro hac vice*)<br>Attorney-in-Charge<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: (503) 947-4593<br>E-mail: Paul.garrahan@doj.state.or.us |
| For the STATE OF RHODE ISLAND | For the STATE OF VERMONT |
| PETER F. NERONHA<br>Attorney General of Rhode Island | THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont |
| */s/* Alison B. Hoffman_____<br>ALISON B. HOFFMAN (*admitted pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>E-mail: ahoffman@riag.ri.gov | */s/* Laura B. Murphy_____<br>LAURA B. MURPHY (*admitted pro hac vice*)<br>Assistant Attorney General<br>Vermont Attorney General's Office<br>Environmental Protection Division<br>109 State Street<br>Montpelier, VT 05609<br>Telephone: (802) 828-3186<br>E-mail: laura.murphy@vermont.gov |

5

PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS'
MOTIONS TO INTERVENE (Case No. 3:20-cv-04869-WHA)

| | |
|---|---|
| For the COMMONWEALTH OF VIRGINIA | For the STATE OF WISCONSIN |
| MARK R. HERRING<br>Attorney General of Virginia | JOSHUA L. KAUL<br>Attorney General of Wisconsin |
| /s/ David C. Grandis<br>DONALD D. ANDERSON<br>Deputy Attorney General<br>PAUL KUGELMAN, JR.<br>Senior Assistant Attorney General<br>Chief, Environmental Section<br>DAVID C. GRANDIS (*admitted pro hac vice*)<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 225-2741<br>E-mail: dgrandis@ oag.state.va.us | */s/* Gabe Johnson-Karp<br>GABE JOHNSON-KARP (*admitted pro hac vice*)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53702-7857<br>Telephone: (608) 267-8904<br>Fax: (608) 267-2223<br>Email: johnsonkarpg@doj.state.wi.us |
| \* *Application for admission pro hac vice pending or forthcoming* | For the DISTRICT OF COLUMBIA<br><br>KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>*/s/* Brian Caldwell<br>BRIAN CALDWELL (*admitted pro hac vice*)<br>Assistant Attorney General<br>Social Justice section<br>Office of the Attorney General for the District of Columbia<br>441 Fourth Street, N.W. Ste. #600-S<br>Washington, D.C. 20001<br>Telephone: (202) 727-6211<br>E-mail: Brian.caldwell@dc.gov |

6

PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS' MOTIONS TO INTERVENE (Case No. 3:20-cv-04869-WHA)

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  September 18, 2020        /s/ Tatiana K. Gaur
                                                                               Tatiana K. Gaur

LA2020302450
63600379.docx

7

PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS'
MOTIONS TO INTERVENE (Case No. 3:20-cv-04869-WHA)

# CERTIFICATE OF SERVICE

Case Name: **State of California, et al. v. Andrew Wheeler, et al.**

Case No.: **3:20-cv-04869-WHA**

I hereby certify that on <u>September 18, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFF STATES' STATEMENT OF NONOPPOSITION TO PROPOSED INTERVENOR DEFENDANTS' MOTIONS TO INTERVENE (Dkt. Nos. 75 and 84)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 18, 2020</u>, at Los Angeles, California.

| Beatriz Davalos | /s/ Beatriz Davalos |
|---|---|
| Declarant | Signature |

LA2020302450
63520319.docx