UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

v.

ANDREW R. WHEELER, Administrator of the United States Environmental Protection Agency, et al.,

    Defendants,

  and

STATE OF LOUISIANA, et al.,

    Defendant-Intervenors.

No. C 20-04869 WHA

**ORDER GRANTING INTERVENTION**

The National Hydropower Association (Dkt. No. 75) and the American Petroleum Institute and the Interstate Natural Gas Association of America (Dkt. No. 84) move to intervene under Rule 24 in defense of the Administrator's final rule. Plaintiffs do not oppose (Dkt. No. 103). The motions are **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 9, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE